# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08 CV 552

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| JOHN H. MILNER; and SHARP ) | |
| BUSINESS-CAROLINAS, ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** is before the court on Theresa Sprain's Application for Admission to Practice *Pro Hac Vice* of John T. Crutchlow. It appearing that John T. Crutchlow is a member in good standing with the Pennsylvania and New Jersey Bar and will be appearing with Theresa Sprain., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Theresa Sprain's Application for Admission to Practice *Pro Hac Vice* (#18) of John T. Crutchlow is **GRANTED**, and that John T. Crutchlow is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Theresa Sprain.

Signed: May 1, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge