# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:08cv552

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JOHN H. MILNER; and SHARP ) | |
| BUSINESS SYSTEMS-CAROLINAS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the plaintiff's Motion to File Under Seal exhibits A through N in support of its Motion to Compel. Finding that such documents are subject to a Protective Order prohibiting disclosure of confidential or trade secret information, and that no lesser restrictive means exists to protect such information, the court will allow the filing of such information under seal.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to File Under Seal (#27), and plaintiff is granted leave to file Exhibits A through N in support of its Motion to Compel under seal.

Signed: September 8, 2009

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge