# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:08cv552

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JOHN H. MILNER; and SHARP ) | |
| BUSINESS SYSTEMS-CAROLINAS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the defendants' Motion to File Under Seal exhibits 1 and 11 in support of their Motion to Compel. Finding that such documents are subject to a Protective Order prohibiting disclosure of confidential or trade secret information, and that no lesser restrictive means exists to protect such information, the court will allow the filing of such information under seal.

### ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motion to File Under Seal (#31), and defendants are granted leave to file Exhibits 1 and 11 in support of their Motion to Compel under seal.

Signed: September 15, 2009

_____
Dennis L. Howell
United States Magistrate Judge