# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08cv552

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JOHN H. MILNER; and SHARP ) | |
| BUSINESS SYSTEMS-CAROLINAS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the "Consent Motion to File Consent Order Under Seal" (#47). In such motion, the parties state that the "Order contains confidential information, including the identities of customers." Id., at ¶ 2. The only proposed Order annexed to such pleading is an Order allowing the Motion to File Consent Order Under Seal. The instant motion presents a number of problems: first, the parties have not tendered to the court via CyberClerk or otherwise the relevant proposed Consent Order for review; second, the parties have already dismissed the action; third, this court is not typically inclined to add a federal judicial oversight to a private settlement; and fourth, Local Civil Rule 6.1 has neither been referenced nor complied with in such filing. There being no basis for any relief, the motion will be denied.

## ORDER

**IT IS, THEREFORE, ORDERED** that the "Consent Motion to File Consent Order Under Seal" (#47) is **DENIED.**

Signed: November 13, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge